UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

THOMAS GRIEB,                                                                  Case No. 2:24-CV-00265

      Plaintiff,

v.

KEVIN RAMBOSK, in his official
capacity as Sheriff of Collier County;
SEAN SWEENEY, in his individual
capacity; TATIANA ORTEGA, in her
individual capacity; and MICHAEL GARCIA,
in his individual capacity

      Defendants.
_____/

## NOTICE OF REMOVAL

      The Defendants, KEVIN RAMBOSK, in his official capacity as Sheriff of Collier County, SEAN SWEENEY, TATIANA ORTEGA, and MICHAEL GARCIA, all in their individual capacity, through their undersigned attorneys, pursuant to Title 28 U.S.C. §1441, hereby file this their Notice of Removal of this action from the Circuit Court of the Twentieth Judicial Circuit, in and for Collier County, Florida, where the same is now pending as Case No. 11-2024-CA-000424-0001-XX to the United States District Court, Middle District of Florida, and in support thereof would allege as follows:

      1.      On or about February 28, 2024, Plaintiff Thomas Grieb, filed a Complaint upon which this action is based in the Circuit Court of the Twentieth Judicial Circuit, in and for Collier County, Florida. Summonses were subsequently issued as to Defendants Kevin Rambosk, Sean Sweeney, Tatiana Ortega, and Michael Garcia. The Defendants Kevin Rambosk, Tatiana Ortega, and Michael Garcia were served on March 4, 2024. Counsel for Defendant Sweeney accepted service of the Complaint and Summons on Defendant Sweeney's behalf on March 21, 2024.

2. Filed herewith and by reference made a part hereof, are copies of pertinent filings as contained in this cause pending before the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, as above-styled and numbered.

3. The said action in the Circuit Court is a civil action stating a claim which is removable, as it appears from the record filed herewith. Specifically, in Counts I, II, III, IV, of the Complaint, Plaintiff asserts claims under 42 U.S. C § 1983 for alleged violations of Plaintiff's rights guaranteed by the Fourth and Fourteenth Amendments to the Constitution. See Complaint ¶¶ 49-60.

4. The Complaint also contains a state tort claims stemming from the same nucleus of operative fact which are alleged to constitute violations of the United States Constitution. This Court has supplemental jurisdiction over the state claim pursuant to 28 U.S.C. § 1367(a), as it arises from the same factual circumstances that form the basis for the federal claims and is so related to the claims under which this Court has original jurisdiction that it forms part of the same case or controversy under Article III of the Constitution. Accordingly, Defendants request that this Court accept supplemental jurisdiction as to the state law claim asserted in the Complaint.

5. The said claims for relief predicated upon Title 42 U.S.C. §1983 are claims for which this Court has original jurisdiction pursuant to Title 28 U.S.C. §§1331 and 1343(a)(3). Plaintiff's state tort claim is removable pursuant to Title 28 U.S.C. §1441(c).

6. Section 1446(b) provides that notice of removal shall be filed within thirty (30) days after receipt of the Complaint upon the defendant through service or otherwise. As a result, this Notice of Removal is timely filed.

7. Defendants Sean Sweeney, Tatiana Ortega, Michael Garcia, and Kevin Rambosk, as Sheriff of Collier County consent to the removal of this action.

WHEREFORE, the Defendants respectfully request that this matter be removed and that this Honorable Court grant such other further and additional relief as may otherwise be proper.

Respectfully submitted,

BY: */s/ Gregory J. Jolly*
GREGORY J. JOLLY, ESQUIRE
Fla. Bar No. 118287

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send an electronic copy to: **ADAM M. BALKAN, ESQUIRE,** Balkan Patterson & Charbonnet, 1877 S. Federal Highway, Suite 100, Boca Raton, FL 33432 (Email: adam@balkanpatterson.com; tiffany@balkanpatterson.com) and **JUSTIN P. CALDARONE, ESQUIRE,** Caldarone Law Group, P.A., 2500 Airport Road, Suite 307, Naples, FL 34112 (Email: jcaldarone@caldaronelawgroup.com),  this 22 day of March, 2024.

*/s/ Gregory J. Jolly*
GREGORY J. JOLLY, ESQUIRE
Fla. Bar No. 118287
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:    (954) 462-3200
E-mail: greg@purdylaw.com
          isabella@purdylaw.com
Attorney for *Defendants*